UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL JENSEN, individually and on behalf of all others situated;<br><br>        Plaintiff,<br>vs.<br><br>CABLEVISION SYSTEMS CORPORATION, a Delaware Corporation, ALTICE N.V., and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:17-cv-00100<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed Affidavit of Sara Dawn Avila, in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Sara Dawn Avila, a member of the firm of Milstein Adelman Jackson Fairchild & Wade, LLP, and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff. There are no pending disciplinary proceedings against Ms. Avila in any State or Federal Court.

DATED: January 27, 2017           Respectfully submitted,

By: _____
**MILSTEIN ADELMAN JACKSON**
**FAIRCHILD & WADE, LLP**
Sara D. Avila, CA Bar No. 263213
savila@majfw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, California 90067
Telephone:    (310) 396-9600
Fax:         (310) 396-9635

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL JENSEN, individually and on behalf of all others situated; | Case No. 1:17-cv-00100 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF  SARA D. AVILA IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| CABLEVISION SYSTEMS CORPORATION, a Delaware Corporation, ALTICE N.V., and DOES 1 through 100, inclusive, | |
| Defendants. | |

State of California      )
                                      ) ss:
County of Los Angeles  )

SARA DAWN AVILA, being duly sworn, hereby deposes and says as follows:

1.      I am an associate with the law firm of Milstein Adelman Jackson Fairchild & Wade, LLP.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      There are no disciplinary proceedings presently against me.

7.      Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for plaintiffs.

By: _____

**MILSTEIN ADELMAN JACKSON**
**FAIRCHILD & WADE, LLP**
Sara D. Avila, CA Bar No. 263213
savila@majfw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, California 90067
Telephone:    (310) 396-9600
Fax:               (310) 396-9635

## NOTARIAL CERTIFICATE

State of California               )
                                         ) ss:
County of Los Angeles     )

Subscribed and sworn to (or affirmed) before me on this 27th day of January, 2017, by

Sara Dawn Avila, proved to me on the basis of satisfactory evidence to be the person (s) who

appeared before me.

Seal                                                            Signature

LINDA LEE TURCIOS
Commission # 2002591
Notary Public - California
Los Angeles County
My Comm. Expires Jan 27, 2017



## Supreme Court of California

### JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### _SARA DAWN AVILA_

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that SARA DAWN AVILA, #263213, was on the 27th day of May, 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 9th day of January, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*



By: _____
*J. Hunter, Senior Deputy Clerk*