**MILSTEIN JACKSON FAIRCHILD & WADE**

10250 Constellation Boulevard
Fourteenth Floor
Los Angeles, CA 90067
T: (310) 396-9600 F: (310) 396-9635
www.mjfwlaw.com

**VIA ECF**

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:   *Jensen v. Cablevision Systems Corp. and Altice N.V.*
              **Case No. 2:17-cv-0100(ADS)(AKT)**

Dear Judge Spatt:

      We represent Plaintiff Paul Jensen in the above-captioned matter. Pursuant to section IV(B)(ii) of the *Individual Motion Practices of Judge Aruther D. Spatt,* Plaintiff respectfully requests oral argument for his concurrently-filed Motion for Class Certification. Thank you.

 Sincerely,

*/s/ GWade*

Gillian L. Wade
Sara D. Avila
Andrew Whitman
MILSTEIN JACKSON
FAIRCHILD & WADE, LLP

Hank Bates
Davis Slade
CARNEY BATES & PULLIAM, PLLC

M. Ryan Casey
THE CASEY LAW FIRM, LLC

Brian T. Ku
KU & MUSSMAN, P.A.

cc: Counsel for Defendants